# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DANIEL CABRERA                                                                PETITIONER

V.                              NO. 4:17CV00329-JM-JTR

JEFFERY B. SESSIONS,
United States Attorney General, *et al.*                                      RESPONDENTS

## **RECOMMENDED DISPOSITION**

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody, Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. by not objecting, you may waive the right to appeal questions of fact.

## I. Discussion

On May 17, 2017, Daniel Cabrera ("Cabrera") filed this Petition for a Writ of Habeas Corpus, alleging that he was being detained improperly in the Pulaski County Detention Center ("PCDC") "under the guise of an immigration detainer." *Doc. 1*. According to Cabrera, on February 13, 2017, the Pulaski County Circuit Court ordered that he be released from the PCDC, at which time United States

Immigration and Customs Enforcement ("ICE") issued a 48-hour detainer. Cabrera alleged that, at the time he filed this habeas action, his continued detention in the PCDC was illegal because the state court had ordered his release and the ICE detainer had expired.[1] *Doc. 1 ¶¶ 8, 15-19.*

Cabrera's counsel certified that he had served a copy of the Petition on Respondents.[2] *Id. at p.8.* On May 18, 2017, the Court entered an Order directing Cabrera to file, within fourteen days, proof of service upon each Respondent and the address at which each Respondent was served. *Doc. 2*. The Order was mailed to Cabrera's counsel. Cabrera did not respond to the Court's Order.

On September 8, 2017, the Court entered an Order directing Cabrera to advise the Court, on or before October 10, 2017, whether he wished to proceed with this habeas action and, if so, to comply with the Court's May 18, 2017 Order. The Court advised Cabrera that his failure to respond would result in dismissal of this action, without prejudice, for failure to prosecute. *Doc. 3*.

---

[1]Cabrera sought relief under: the Fifth, Eighth and Fourteenth Amendments to the United States Constitution; the Immigration and Nationality Act, 8 U.S.C. § 1101, *et seq.*, as amended; the Administrative Procedure Act, 5 U.S.C. § 701, *et seq.*; 28 U.S.C. § 2254; the All Writs Act, 28 U.S.C. § 1651; 8 C.F.R. § 287.7; and Ark. Code Ann. § 5-11-103. *Doc. 1 ¶¶ 2-3, 20-35.*

[2]As Respondents, Cabrera named Jeffery B. Sessions, United States Attorney General; John F. Kelly, Secretary, Department of Homeland Security; Phillip Miller, Director, Louisiana Field Office for DHS; Doc Holladay, Sheriff, Pulaski County; Mike Sylvester, Chief, Pulaski County Detention Center; and Leslie Rutledge, Arkansas Attorney General.

The deadline for responding to the Court's September 8, 2017 Order has expired; Cabrera has not responded; and he has filed nothing indicating that he wishes to proceed with this habeas action. The only pleading filed in this action is the initial habeas Petition, filed more than five months ago. Thus, the Court recommends that this action be dismissed, without prejudice, due to Cabrera's failure to prosecute.³ *See* Fed. R. Civ. P. 41(b) (district court may dismiss case for failure to prosecute or comply with court orders); Rule 12, Rules Governing § 2254 Cases in United States District Courts (applicability of Federal Rules of Civil Procedure in habeas proceedings).

## II. Conclusion

IT IS THEREFORE RECOMMENDED that this Petition for a Writ of Habeas Corpus, *Doc. 1*, be DISMISSED, WITHOUT PREJUDICE, for failure to prosecute. IT IS FURTHER RECOMMENDED that a Certificate of Appealability be DENIED. *See* 28 U.S.C. § 2253(c); § 2254 Rule 11(a).

DATED THIS 3rd DAY of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

---

³According to the publicly available inmate roster, Cabrera is no longer in the PCDC. *See* http://www.pcso.org/InmateRoster.