UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANIEL CABRERA                                                                           PETITIONER

V.                              NO. 4:17cv00329-JM-JTR

JEFFERY B. SESSIONS,
 United States Attorney General, *et al.*                                    RESPONDENTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT :

1. The Petition for a Writ of Habeas Corpus, *Doc. 1*, is DISMISSED, WITHOUT PREJUDICE; and

2. A Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED this 27th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE