UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANIEL CABRERA                                              PETITIONER

V.                       NO. 4:17cv00329-JM-JTR

JEFFERY B. SESSIONS,
    United States Attorney General, *et al.*                RESPONDENTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, WITHOUT PREJUDICE.

DATED this 27th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE